## STATE *v.* FALCONER.

In an indictment, under Gen. Laws, c. 275, s. 1, for obtaining by false pretences an acquittance of an attachment, the description of the acquittance must show that it was in writing.

INDICTMENT, under Gen. Laws, c. 275, s. 1, for obtaining by false pretences an acquittance of an attachment. Motion to quash the indictment because it does not allege that the acquittance was in writing.

*Copeland* and *Currier*, for the defendant.

*The Solicitor*, for the state.

DOE, C. J. The acquittance intended by the statute is a written one; and the description in the indictment does not show that the acquittance alleged to have been obtained by the defendant was in writing.

*Indictment quashed.*

ALLEN, J., did not sit: the others concurred.